AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SEYMOUR, STEPHANIE K. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS | 3. Date of Report<br><br>05/02/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE--SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>4-562 U.S. COURTHOUSE<br>333 WEST FOURTH<br>TULSA, OK 74103-3877 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member (resigned 3/23/2015) | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | Vice President of Board of Directors | Crested Butte Music Festival, Crested Butte, CO |
| 3. | Board Member | Tenth Circuit Historical Society, Denver, CO |
| 4. | Advisory Council Member | Community Foundation of Gunnison Valley |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2015 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | A | Interest | M | T | | | | | |
| 2. Prosperity Bank Accounts | A | Interest | K | T | | | | | |
| 3. UBS Accounts | A | Interest | N | T | | | | | |
| 4. Rental Property, Mt. Crested Butte, CO ($245,000, 9/1/92) | E | Rent | P1 | R | | | | | |
| 5. Lot, Mt. Crested Butte, CO ($81,000, 8/10/94) | | None | O | R | | | | | |
| 6. Brokerage #5 (H) | | | | | | | | | |
| 7. -Cathay Bk CA (CD) | A | Interest | | | Redeemed | 05/05/15 | L | | |
| 8. -Cavanal Hill TX Fr MM -Slct (cash equivalent) | A | Int./Div. | | | Closed | 05/29/15 | M | | |
| 9. -Community West Bk CA (CD) | B | Interest | | | Redeemed | 04/08/15 | M | | |
| 10. -Four Oaks B&t NC (CD) | B | Interest | | | Redeemed | 03/19/15 | M | | |
| 11. -GE Capital Fin'l UT (CD) | B | Interest | | | Redeemed | 04/18/15 | M | | |
| 12. -North Star Bk FL (CD) | A | Interest | | | Redeemed | 05/05/15 | L | | |
| 13. -1st Rep Bk BofA CA (CD) | A | Interest | | | Redeemed | 03/18/15 | L | | |
| 14. -1st Rep Bk BofA CA (CD) | A | Interest | | | Redeemed | 03/19/15 | L | | |
| 15. -Peapack Gladstone Bk | A | Interest | | | Buy | 03/23/15 | N | | |
| 16. | | | | | Redeemed | 05/05/15 | N | | |
| 17. IRA #5 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Invesco Global Real Estate Fd (ASRYX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/10/15 | J | A | |
| 19. -IShares Trust S&P US PFD Stock Index Fund (PFF) (ETF) | A | Dividend | J | T | | | | | |
| 20. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 21. -Loomis Sayles Investment Grade Bd Cl Y (LSIIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 22. -TCW Emerging Markets Income Fd Cl I (TGEIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 23. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | A | Dividend | K | T | | | | | |
| 24. -Invesco Convertible Securities FD CL Y (CNSDX) (mutual fund) | A | Dividend | J | T | | | | | |
| 25. -IShares 7-10 Yr Treas Bond ETF (IEF) (ETF) | A | Dividend | J | T | Sold (part) | 02/10/15 | J | A | |
| 26. -Blackrock Strategic Income I (BSIIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 27. | | | | | Sold (part) | 12/22/15 | J | | |
| 28. -Columbia Income Opportunities FD Class Z (CIOZX) (mutual fund) | A | Dividend | J | T | | | | | |
| 29. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | A | Dividend | | | Sold | 04/23/15 | K | | |
| 30. -Putnam Short Duration Income Fund Y (PSDYX) (mutual fund) | A | Dividend | | | Sold | 02/10/15 | J | | |
| 31. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | B | Dividend | K | T | | | | | |
| 32. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | A | Dividend | J | T | | | | | |
| 33. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | A | Dividend | K | T | | | | | |
| 34. -Mainstay Unconstrained Bd Fd Class I (MSDIX) (mutial fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Mainstay Short Duration High Yd Fd Class I (MDHIX) (mutual fund) | A | Dividend | J | T | | | | | |
| 36. -Mainstay Incom Builder I (MTOIX) (mutual fund) | B | Dividend | J | T | Buy | 02/10/15 | K | | |
| 37. -Putman Income Fund Class Y (PNCYX) (mutual fund) | A | Dividend | J | T | Buy | 02/10/15 | K | | |
| 38. -Guggenheim Macro Opportunities Fd Cl (GIOIX) (mutual fund) | A | Dividend | J | T | Buy | 04/23/15 | K | | |
| 39. IRA #6 (H) | | | | | | | | | |
| 40. -Invesco Global Real Estate Income Fd (ASRYX) (mutual fund) | C | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 41. -IShares Trust S&P US Pfd Stock Index Fund (PFF) (ETF) | C | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 42. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | K | | |
| 43. -Loomis Sayles Investment Grade Bond (LSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 44. -TCW Emerging Markets Income Fd Class I (TGEIX) (mutual fund) | C | Dividend | L | T | | | | | |
| 45. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 46. -Invesco Convertible Securities FD CL Y (CNSDX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 47. | | | | | Sold (part) | 04/23/15 | J | A | |
| 48. -Blackrock Strategic Income I (BSIIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 02/10/15 | J | | |
| 49. | | | | | Sold (part) | 12/22/15 | K | | |
| 50. -Columbia Income Opportunities FD (CIOZX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 51. -Invesco Floating Rate Fund Cl Y (AFRYX) (mutual fund) | A | Dividend | | | Sold (part) | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 04/23/15 | K | | |
| 53. -Putnam Short Duration Income FD Cl Y (PSDYX) (mutual fund) | A | Dividend | | | Sold | 02/10/15 | K | | |
| 54. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | C | Dividend | L | T | Sold (part) | 02/10/15 | J | | |
| 55. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | C | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 56. -IShares 7-10 Yr Treas Bd (IEF) (ETF) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 57. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 58. -Mainstay Unconstrained Bd Fd Cl I (MSDIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 59. -Mainstay Short Duration High Yield Fd Cl (MSHIX (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | See comment 1 |
| 60. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | B | Dividend | K | T | Buy | 04/23/15 | K | | |
| 61. -Mainstay Incom Building I (MTOIX) (mutual fund) | C | Dividend | K | T | Buy | 02/10/15 | K | | |
| 62. -Putnam Income Fund Class Y (PNCYX) (mutual fund) | B | Dividend | K | T | Buy | 02/10/15 | K | | |
| 63. Brokerage #9 (H) | | | | | | | | | |
| 64. -BOK Financial Corp. New (BOKF) (common) | D | Dividend | N | T | | | | | |
| 65. -Jackson Nat'l Life Ins Co Perspective L Series Class L | | None | N | T | | | | | |
| 66. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | | | | | |
| 67. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | | | | | |
| 68. -Ohio Nat'l Oncore Lite II Class L | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage #10 (H) | | | | | | | | | |
| 70. -Blackrock Strategic Income 1 (BSIIX) (mutual fund) | B | Dividend | L | T | Buy (add'l) | 04/22/15 | J | | |
| 71. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 72. | | | | | Sold (part) | 09/01/15 | J | A | |
| 73. -Health Care Select Sector SPDR Fund (XLV) (ETF) | A | Dividend | | | Sold (part) | 04/22/15 | J | | |
| 74. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 75. | | | | | Sold | 09/01/15 | K | B | |
| 76. -IShares Trust S&P Growth Index Fund (IVW) (ETF) | A | Dividend | | | Buy (add'l) | 06/12/15 | J | | |
| 77. | | | | | Sold | 09/01/15 | L | A | |
| 78. -Vanguard Total Stock Market (VTI) (ETF) | C | Dividend | M | T | Sold (part) | 02/10/15 | M | C | |
| 79. | | | | | Sold (part) | 04/22/15 | L | D | |
| 80. | | | | | Buy (add'l) | 04/22/15 | L | | |
| 81. | | | | | Sold (part) | 09/01/15 | M | D | |
| 82. -Powershares QQQ Trust (QQQ) (ETF) | B | Dividend | M | T | Sold (part) | 02/10/15 | J | | |
| 83. | | | | | Sold (part) | 04/22/15 | J | | |
| 84. | | | | | Buy (add'l) | 06/12/15 | K | | |
| 85. | | | | | Sold (part) | 09/01/15 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/25/15 | L | | |
| 87. -Fidelity Advisor Biotechnology FD (FBTIX) (mutual fund) | B | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 88. | | | | | Sold (part) | 04/22/15 | J | | |
| 89. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 90. | | | | | Sold | 10/13/15 | K | | |
| 91. -Financial Sector SPDR Trust (XLF) (ETF) | A | Dividend | | | Sold | 04/22/15 | L | | |
| 92. -Consumer Sector SPDR Trust Shs Discretionary (XLY) (ETF) | B | Dividend | L | T | Sold (part) | 02/10/15 | J | A | |
| 93. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 94. -IShares 7-10 Year Treas Bond (IEF) (ETF) | B | Dividend | L | T | Buy | 02/10/15 | L | | |
| 95. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 96. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 97. | | | | | Sold (part) | 09/01/15 | J | | |
| 98. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | A | Dividend | | | Buy | 02/10/15 | L | | |
| 99. | | | | | Sold | 04/22/15 | L | A | |
| 100. -Invesco Equally-Weighted S&P 500 (VADDX) (mutual fund) | C | Dividend | M | T | Buy | 02/10/15 | M | | |
| 101. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 102. | | | | | Buy (add'l) | 06/12/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/01/15 | L | | |
| 104. | | | | | Sold | 10/13/15 | L | | |
| 105. | | | | | Buy | 11/25/15 | M | | |
| 106. -Blackrock Global Long/Short Credit Fd (BGCIX) (mutual fund) | C | Dividend | L | T | Buy | 02/10/15 | L | | |
| 107. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 108. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 109. | | | | | Sold (part) | 09/01/15 | J | | |
| 110. -Columbia Income Opportunities Fund (CIOZX) (mutual fund) | C | Dividend | L | T | Buy | 02/10/15 | L | | |
| 111. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 112. | | | | | Sold (part) | 09/01/15 | J | | |
| 113. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | C | Dividend | L | T | Buy | 02/10/15 | L | | |
| 114. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 115. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 116. | | | | | Sold (part) | 09/01/15 | J | | |
| 117. -Putnam Short Duration Income Fd Y (PSDYX) (mutual fund) | A | Dividend | M | T | Buy | 10/13/15 | M | | |
| 118. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | C | Dividend | L | T | Buy | 04/22/15 | L | | |
| 119. | | | | | Buy (add'l) | 06/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/01/15 | J | | |
| 121. -Davis Financial Fund Class Y (DVFYX) (mutual fund) | B | Dividend | L | T | Buy | 11/25/15 | L | | |
| 122. -IShares Short Treas Bond (SHV) (ETF) | A | Dividend | M | T | Buy | 10/13/15 | M | | |
| 123. -Vanguard Intl Equity Index Fd Inc FSTE (VEU) (ETF) | B | Dividend | | | Buy | 04/22/15 | M | | |
| 124. | | | | | Buy (add'l) | 06/12/15 | K | | |
| 125. | | | | | Sold (part) | 08/19/15 | L | | |
| 126. | | | | | Sold | 08/28/15 | L | | |
| 127. IRA #7 (H) | | | | | | | | | |
| 128. -AFLAC Inc (AFL) (common) | A | Dividend | | | Sold | 07/16/15 | K | A | |
| 129. -Boeing Company (BA) (common) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 130. -Colgate Palmolive Co. (CL) (common) | A | Dividend | K | T | | | | | |
| 131. -Diageo Plc New GB Spon ADR (DEO) (common) | A | Dividend | K | T | | | | | |
| 132. -Illinois Tool Works Inc (ITW) (common) | A | Dividend | K | T | | | | | |
| 133. -Intel Corp (INTC) (common) | A | Dividend | K | T | Buy (add'l) | 07/16/15 | J | | |
| 134. -Johnson & Johnson Com (JNJ) (common) | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 135. | | | | | Sold | 08/25/15 | K | | |
| 136. -Medtronic Inc (MDT) (common) | C | Dividend | K | T | Sold (part) | 07/16/15 | J | | See comment 2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Microsoft (MSFT) (common) | A | Dividend | K | T | Buy (add'l) | 02/10/15 | K | | |
| 138. | | | | | Sold (part) | 07/16/15 | J | A | |
| 139. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | K | T | | | | | |
| 140. -Nordstrom Inc (JWN) (common) | B | Dividend | | | Sold | 12/01/15 | J | | |
| 141. -Eversource Energy (ES) (common) (formerly Northeast Utilities) | A | Dividend | | | Sold (part) | 02/10/15 | J | A | |
| 142. | | | | | Sold | 07/16/15 | K | | |
| 143. -Novartis AG Spon ADR (NVS) (common) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 144. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | K | T | Buy (add'l) | 02/10/15 | J | | |
| 145. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 146. -Pearson PLC Spon ADR (PSO) (common) | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 147. | | | | | Sold | 06/12/15 | K | B | |
| 148. -Schlumberger LTD (SLB) (common) | A | Dividend | J | T | Buy (add'l) | 02/10/15 | J | | |
| 149. -Stanley Black & Decker Inc (SWK) (common) | A | Dividend | | | Sold | 03/16/15 | K | A | |
| 150. -Starbucks Corp (SBUX) (common) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 151. | | | | | Sold (part) | 07/16/15 | J | A | |
| 152. -Toronto Dominion Bk New Canada (TD) (common) | A | Dividend | K | T | Buy (add'l) | 02/10/15 | J | | |
| 153. | | | | | Buy (add'l) | 07/16/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -United Parcel Service Inc CL B (UPS) (common) | | None | | | Sold | 02/10/15 | K | | |
| 155. -Untd Technologies Corp (UTX) (common) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 156. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 157. -Yum! Brands Inc (YUM) (common) | A | Dividend | | | Sold (part) | 07/16/15 | J | | |
| 158. | | | | | Sold | 10/13/15 | J | | |
| 159. -Apple Inc (AAPL) (common) | A | Dividend | J | T | Sold (part) | 07/16/15 | J | A | |
| 160. - Allergan (AGN) (common) (formerly Actavis PLC DE) | | None | K | T | Sold (part) | 07/16/15 | J | B | |
| 161. -Dominion Resources Inc VA (D) (common) | A | Dividend | K | T | Buy (add'l) | 07/16/15 | J | | |
| 162. -Emerson Electric Co (EMR) (common) | | None | | | Sold | 02/10/15 | K | | |
| 163. -Invesco Ltd (IVZ) (common) | A | Dividend | K | T | | | | | |
| 164. -O Reilly Automotive Inc (ORLY) (common) | | None | K | T | Sold (part) | 02/10/15 | J | A | |
| 165. | | | | | Sold (part) | 07/16/15 | J | A | |
| 166. -Price T Rowe Group Inc (TROW) (common) | A | Dividend | | | Sold | 10/13/15 | K | | |
| 167. -Qualcomm Inc (QCOM) (common) | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 168. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 169. | | | | | Sold | 08/10/15 | K | | |
| 170. -Roche Hldg Ltd Spons ADR (RHHBY) (common) | | None | | | Sold | 02/10/15 | K | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Travelers Cos Inc (TRV) (common) | A | Dividend | K | T | | | | | |
| 172. -Union Pacific Corp (UNP) (common) | A | Dividend | K | T | Buy (add'l) | 07/16/15 | J | | |
| 173. -Accenture PLC Ireland CL (CAN) (common) | | None | K | T | Buy | 12/01/15 | K | | |
| 174. -Ameriprise Financial Inc DE (AMP) (common) | A | Dividend | | | Buy | 04/24/15 | K | | |
| 175. | | | | | Sold | 12/01/15 | K | | |
| 176. -Anadarko Petroleum Corp DE (APC) (common) | A | Dividend | J | T | Buy | 12/01/15 | K | | |
| 177. -Biomarin Pharmaceutical Inc (BMRN) (common) | | None | J | T | Buy | 02/10/15 | K | | |
| 178. | | | | | Sold (part) | 07/16/15 | J | C | |
| 179. -Crane Co DE (CR) (common) | A | Dividend | | | Buy | 02/10/15 | K | | |
| 180. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 181. | | | | | Sold | 12/01/15 | K | | |
| 182. -CVS Health Corp DE (CVS) (common) | | None | K | T | Buy | 12/01/15 | K | | |
| 183. -Frontier Communications Corp (FTR) (common) | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 184. -Home Depot Inc DE (HD) (common) | A | Dividend | K | T | Buy | 08/25/15 | K | | |
| 185. -Johnson Controls Inc DE (JCI) (common) | A | Dividend | J | T | Buy | 07/16/15 | K | | |
| 186. -McDonalds Corp DE (MCD) (common) | | None | K | T | Buy | 12/01/15 | K | | |
| 187. -Marsh & McLennan Cos. Inc (MMC) (common) | | None | K | T | Buy | 12/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.   -Pepsico Inc De (PEP) (common) | A | Dividend | K | T | Buy | 07/16/15 | K | | |
| 189.   -Rockwell Automation Inc (ROK) (common) | A | Dividend | K | T | Buy | 02/10/15 | K | | |
| 190. | | | | | Sold (part) | 07/16/15 | J | A | |
| 191.   -Texas Instruments (TXN) (common) | A | Dividend | K | T | Buy | 08/12/15 | K | | |
| 192.   -VF Corp DE (VFC) (common) | A | Dividend | K | T | Buy | 02/10/15 | K | | |
| 193.   -Verastem Inc. De (VSTM) (common) | | None | | | Buy | 04/24/15 | J | | |
| 194. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 195. | | | | | Sold | 09/28/15 | J | | |
| 196.   Brokerage #12 (H) | | | | | | | | | |
| 197.   -Invesco Global Real Estate Income Fd (ASRYX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 198.   -Invesco Convertible Securities Fund (CNSDX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 199.   -JP Morgan Chase & Co 5.250% (corp bond) | A | Interest | | | Redeemed | 05/01/15 | J | | |
| 200.   -Goldman Sachs Grp Inc 3.625% (corp bond) | A | Interest | K | T | | | | | |
| 201.   -Genl Elec Co. 5.250% (corp bond) | A | Interest | K | T | | | | | |
| 202.   -Petrobras Intl Fin 5.875% (corp bond) | A | Interest | J | T | | | | | |
| 203.   -IShares Trust S&P U S PFD Stock Index (PFF) (ETF) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 204.   -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Columbia Income Opportunities Fund (CIOZX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 206. -Double Line Total Return Fd Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | K | | |
| 207. -Invesco High Yield Municipal Fund Cl Y (ACTDX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 208. -Thornburg Limited Term Municipal Fd Cl I (LTMIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 209. -Virtus Multi-Sector Short Term Bd (PIMSX) (mutual fund) | B | Dividend | K | T | Buy | 02/10/15 | K | | See comment 3 |
| 210. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | C | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 211. -Blackrock Strategic Municipal Opportunities (MAMTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 212. -IShares 7-10 yr Treas Bd (IEF) (ETF) | A | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 213. -Mainstay Short Duration High Yd Fd (MDHIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 214. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | A | Dividend | | | Buy | 02/10/15 | K | | |
| 215. | | | | | Sold | 04/23/15 | K | | |
| 216. -Blackrock Global Long/Short Credit Fund I (BGCIX) (mutual fund) | C | Dividend | L | T | Buy | 02/10/15 | L | | |
| 217. -Lord Abbett Short Duration Income Fund (LDLFX) (mutual fund) | B | Dividend | K | T | Buy | 02/10/15 | K | | |
| 218. -Mainstay Tax Free Bond Cl I (MTBIX) (mutual fund) | B | Dividend | L | T | Buy | 02/10/15 | K | | |
| 219. -Mainstay Unconstrained Bond Fund Class I (MSDIX) (mutual fund) | B | Dividend | L | T | Buy | 02/10/15 | K | | |
| 220. -Mainstay Incom Builder I (MTOIX) (mutual fund) | A | Dividend | K | T | Buy | 02/10/15 | K | | |
| 221. -Loomis Sayles Investment Grade Bond Class Y (LSIIX) (mutual fund) | A | Dividend | K | T | Buy | 02/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Guggenheim Macro Opportunities Fund Class (GIOX) (mutual fund) | B | Dividend | K | T | Buy | 04/23/15 | K | | |
| 223. -TCW Emerging Markets Income Fund Class I (TGEIX) (mutual fund) | B | Dividend | K | T | Buy | 02/10/15 | K | | |
| 224. | | | | | Sold (part) | 04/23/15 | J | | |
| 225. Brokerage Account #13 (H) | | | | | | | | | |
| 226. -Apple Inc (AAP) (common) | A | Dividend | J | T | | | | | |
| 227. -AFLAC Inc (AFL) (common) | A | Dividend | | | Sold | 07/16/15 | J | A | |
| 228. -Boeing Company DE (BA) (common) | A | Dividend | J | T | | | | | |
| 229. -Colgate Palmolive Co (CL) (common) | A | Dividend | J | T | | | | | |
| 230. -Emerson Electric Co (EMR) (common) | | None | | | Sold | 02/10/15 | J | | |
| 231. -Intel Corp (INTC) (common) | A | Dividend | J | T | | | | | |
| 232. -Illinois Tool Works Inc (ITW) (common) | A | Dividend | J | T | | | | | |
| 233. -Johnson & Johnson Com (JNJ) (common) | A | Dividend | | | Sold | 08/25/15 | J | | |
| 234. -Nordstrom Inc (JWN) (common) | A | Dividend | | | Sold | 12/01/15 | J | | |
| 235. -Medtronic Inc (MDT) (common) | B | Dividend | J | T | | | | | See comment 2 |
| 236. -Microsoft Corp (MSFT) (common) | A | Dividend | J | T | | | | | |
| 237. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | J | T | | | | | |
| 238. -Eversource Energy Com (ES) (common) (formerly Northeast Utilities) | A | Dividend | | | Sold | 07/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Novartis AG Spon ADR (NVS) (common) | A | Dividend | J | T | | | | | |
| 240. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | J | T | | | | | |
| 241. -Pearson PLC Spon ADR (PSO) (common) | A | Dividend | | | Sold | 06/12/15 | J | A | |
| 242. -Starbucks Corp (SBUX) (common) | A | Dividend | J | T | Sold (part) | 07/16/15 | J | A | |
| 243. -Schlumberger LTD (SLB) (common) | A | Dividend | J | T | | | | | |
| 244. -Stanley Black & Decker Inc Com (SWK) (common) | A | Dividend | | | Sold | 03/16/15 | J | | |
| 245. -United Parcel Service Inc (UPS) (common) | | None | | | Sold | 02/10/15 | J | | |
| 246. -Untd Technologies Corp (UTX) (common) | A | Dividend | J | T | | | | | |
| 247. -Allergan PLC (AGN) (common) (formerly Actavis Plc) | A | Dividend | J | T | Sold (part) | 07/16/15 | J | | |
| 248. -Dominion Resources Inc VA (D) (common) | A | Dividend | J | T | | | | | |
| 249. -Invesco Ltd (IVZ) (common) | A | Dividend | J | T | | | | | |
| 250. -O Reilly Automotive Inc (ORLY) (common) | | None | J | T | | | | | |
| 251. -Qualcomm Inc De (QCOM) (common) | A | Dividend | | | Sold | 08/10/15 | J | | |
| 252. -Price T Rowe Group Inc De (TROW) (common) | A | Dividend | | | Sold | 10/13/15 | J | | |
| 253. -Travelers Cos Inc (TRV) (common) | A | Dividend | J | T | | | | | |
| 254. -Union Pacific Corp De (UNP) (common) | A | Dividend | J | T | Buy (add'l) | 07/16/15 | J | | |
| 255. -Yum! Brands Inc De (YUM) (common) | A | Dividend | J | T | Sold (part) | 07/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 10/13/15 | J | A | |
| 257.  -Accenture PLC Ireland CL A (ACN) (common) | | None | J | T | Buy | 12/01/15 | J | | |
| 258.  -Ameriprise Financial Inc. (AMP) (common) | | None | | | Buy | 04/24/15 | J | | |
| 259. | | | | | Sold | 12/01/15 | J | | |
| 260.  -Anadarko Petroleum Corp. (APC) (common) | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 261.  -Biomarin Pharmaceutical Inc (BMRN) (common) | | None | J | T | Buy | 02/10/15 | J | | |
| 262. | | | | | Sold (part) | 07/16/15 | J | B | |
| 263.  -Crane Co De (CR) (common) | A | Dividend | | | Buy | 02/10/15 | J | | |
| 264. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 265. | | | | | Sold | 12/01/15 | J | | |
| 266.  -CVS Health Corp DE (CVS) (common) | | None | J | T | Buy | 12/01/15 | J | | |
| 267.  -Diageo Plc New (DEO) (common) | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 268.  -Frontier Communications Corp (FTR) (common) | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 269.  -Home Depot Inc (HD) (common) | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 270.  -Johnson Controls Inc (JCI) (common) | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 271.  -Marsh & McLennan Cos. Inc (MMC) (common) | | None | J | T | Buy | 12/01/15 | J | | |
| 272.  -McDonalds Corp (MCD) (common) | | None | J | T | Buy | 12/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Pepsico Inc (PEP) (common) | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 274. -Rockwell Automation Inc New (ROK) (common) | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 275. -Texas Instruments (TXN) (common) | A | Dividend | J | T | Buy | 08/12/15 | J | | |
| 276. -Toronto Dominion Bk (TD) (common) | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 277. -Verastem Inc (VSTM) (common) | | None | | | Buy | 04/24/15 | J | | |
| 278. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 279. | | | | | Sold | 09/28/15 | J | | |
| 280. -VF Corp (VFC) (common) | A | Dividend | J | T | Buy | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

COMMENTS FOR PART VII:

COMMENT 1, Line 59 -- market code changed to MSHIX to correct inadvertent typographical error

COMMENT 2, Lines 136 and 235 -- A stock exchange from the purchase of another company by Medronic, Inc, the parent company, resulted in a more than usual income in 2015 for this holding.

COMMENT 5, Line 209 -- The acquisition of this asset in 2015 is reported on Line 209 as "Buy" because the Financial Disclosure Report for calendar year 2014, Line 343, should have listed the this asset as "Sold" on 12/30/14 and not "Sold (part). The value code K reported for the sale of this asset on the 2014 report is correct.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STEPHANIE K. SEYMOUR

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544